**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Sunrise International LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Sunrise Fresh Produce** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1437110** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **1335 NW 21 Ter, #4**<br>**Miami, FL 33142**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Miami-Dade**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **Sunrise International LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

        **4245**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Robert Arthur** | Relationship | **President** |
|---|---|---|---|
| District | **Southern District of Florida** | When **6/22/17** | Case number, if known |

| Debtor | **Sunrise International LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Sunrise International LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2017**
                MM / DD / YYYY

*X* **/s/ Robert Arthur**                        **Robert Arthur**
Signature of authorized representative of debtor         Printed name

Title    **President**

**18. Signature of attorney**

*X* **/s/ Manny Singh**               Date   **June 22, 2017**
Signature of attorney for debtor                   MM / DD / YYYY

**Manny Singh**
Printed name

**Law Offices of Manny Singh, PA**
Firm name

**6610 N University Dr, Suite 220**
**Fort Lauderdale, FL 33321**
Number, Street, City, State & ZIP Code

Contact phone   **954-722-1300**      Email address   **Manny@mannysingh.com**

**480800**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Sunrise International LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■  *Schedule H: Codebtors* (Official Form 206H)
■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __June 22, 2017__          X __/s/ Robert Arthur__
                                        Signature of individual signing on behalf of debtor

                                        __Robert Arthur__
                                        Printed name

                                        __President__
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Sunrise International LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:   **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*..............................................................................................   $   **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*..........................................................................................   $   **47,078.90**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.............................................................................................   $   **47,078.90**

Part 2:   **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $   **0.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................   $   **234,560.48**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................   +$   **978,862.11**

4.   Total liabilities .................................................................................................................
   Lines 2 + 3a + 3b   $   **1,213,422.59**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **Sunrise International LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)      Type of account      Last 4 digits of account number

4.    **Other cash equivalents** *(Identify all)*
     **Funds on deposit with the Law Offices of Manny Singh, the balance of the proceeds from the sale of Isuzu truck less filing fees and costs for corporate and personal**
   4.1.    **bankruptcy filings.**      **$2,000.00**

5.    **Total of Part 1.**      **$2,000.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 42,628.90 | - | 0.00 | = .... | $42,628.90 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor      **Sunrise International LLC**                                            Case number *(If known)* _____
              Name

| 12. | **Total of Part 3.**<br>Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$42,628.90** |
|---|---|---|

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Executive office set, three desks, five chairs** | **$0.00** | **Liquidation** | **$1,025.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Three computers, three printers, fax machine** | **$0.00** | **Liquidation** | **$1,425.00** |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$2,450.00** |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | **Sunrise International LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

---

| **Part 9:** | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

---

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

---

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Sunrise International LLC**                                    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $42,628.90 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,450.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $47,078.90 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $47,078.90 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Sunrise International, LLC.
Open Receivables Aging Summarized by Customer
Aged from Due Date

| Cust # | Company | Current | 1-7 | 8-15 | 16-21 | 22-30 | Over 30 | Open Bal |
|--------|---------|---------|-----|------|-------|-------|---------|----------|
| BAGMIA | BAGATELLE MIAMI, LLC | | | | | | 5512.05 | 5512.05 |
| BGDIAM | BLUE & GREEN DIAMOND | | | | | | 226.25 | 226.25 |
| BILTMO | BILTMORE HOTEL | | | | | | 2098.60 | 2098.60 |
| BRIBAY | BRIZA ON THE BAY | | | | | | 758.90 | 758.90 |
| CHEALL | CHEF ALLEN | | | | | | 151.70 | 151.70 |
| CONSB | CONTINUUM ON SOUTH BE | | | | | | 1802.95 | 1802.95 |
| COOM | COOSMANS MIAMI, INC., | | | | | | 598.30 | 598.30 |
| COPMB | CRUMBS ON PARCHMENT M | | | | | | 596.00 | 596.00 |
| COYRES | COYA RESTAURANTS LLC | | | | | | 1756.12 | 1756.12 |
| DOAAC | DOA ASIAN CANTINA | | | | | | 87.90 | 87.90 |
| EDEN | EDEN ROCK RESORT & SP | | | | | | 62.50 | 62.50 |
| EDIHOT | EDITION HOTEL | | | | | | 1297.65 | 1297.65 |
| ELCHUS | EL CHURRASCO STEAKHOU | | | | | | 689.75 | 689.75 |
| ELTUCR | EL TUCAN RESTAURANT | | | | | | 37.00 | 37.00 |
| FAEHMB | FAENA HOTEL MIAMI BEA | | | | | | 72.74 | 72.74 |
| GAERES | GAETANO RESTAURANT | | | | | | 4895.55 | 4895.55 |
| ILGAB | IL GABBIANO MIAMI, LL | | | | | | 24.50 | 24.50 |
| JADBMO | JADE BEACH CONDO-MANA | | | | | | 39.50 | 39.50 |
| JADBSP | JADE BEACH CONDOMINIU | | | | | | 39.00 | 39.00 |
| JUNOTW | JUNIPER ON THE WATER | | | | | | 287.00 | 287.00 |
| KOUGB | KOUZINA GREEK BISTRO | | | | | | 1142.20 | 1142.20 |
| LALATM | LA LATINA MIAMI | | | | | | 142.00 | 142.00 |
| LAMAIM | LA MAISON MIAMI | | | | | | 348.75 | 348.75 |
| LASUIR | LA SUITE RESTAURANT L | | | | | | 413.00 | 413.00 |
| LEEMAR | LEE & MARIE'S BAKERY | | | | | | 48.50 | 48.50 |
| LEISB | LEISURE TIME TOURS BO | | | | | | 1992.50 | 1992.50 |
| LIVRW | KNR BAR CONCEPTS, LLC | | | | | | 1938.10 | 1938.10 |
| MICABP | MICHY'S ART BASEL POP | | | | | | 650.35 | 650.35 |
| MICRES | MICHY'S ART AURANT | | | | | | 666.10 | 666.10 |
| MMMCUI | Mmmm CUISINE | | | | | | 1001.35 | 1001.35 |
| NICGRE | NICKEY GREGORY COMPAN | | | | | | 480.00 | 480.00 |

Sunrise International, LLC.
Open Receivables Aging Summarized by Customer
Aged from Due Date

| Cust # | Company | Current | 1-7 | 8-15 | 16-21 | 22-30 | Over 30 | Open Bal |
|--------|---------|---------|-----|------|-------|-------|---------|----------|
| NOBBAR | NOBU BAR | | | | | | 424.75 | 424.75 |
| NOBMB | NOBU MIAMI BEACH | | | | | | 1883.00 | 1883.00 |
| NOVMID | NOVECENTO 900 MIDTOWN | | | | | | 374.10 | 374.10 |
| SOFPRO | SOFRESH PRODUCE | | | | | | 180.00 | 180.00 |
| SOLOTO | SOLE ON THE OCEAN HOT | | | | | | 174.65 | 174.65 |
| SONCUB | SON CUBANO RESTAURANT | | | | | | 506.80 | 506.80 |
| SPAIRB | SPASSO ITALIAN RESTAU | | | | | | 2290.00 | 2290.00 |
| SPAPOR | SPA-PORTOFINO ENTITY | | | | | | 107.50 | 107.50 |
| SPOCLU | NFC AMENITY MANAGEMEN | | | | | | 614.05 | 614.05 |
| SUGCAN | SUGAR CANE RAW BAR & | | | | | | 59.00 | 59.00 |
| TACTAQ | TACOLOGY TAQUERIA | | | | | | 34.25 | 34.25 |
| TANMIA | TANUKI, LLC | | | | | | 512.25 | 512.25 |
| VANDCA | VAN DYKE'S CAFE | | | | | | 132.00 | 132.00 |
| VITRES | 1906 COLLINS LLC | | | | | | 716.20 | 716.20 |
| WETWM | WET | | | | | | 667.60 | 667.60 |
| ZUMBAR | ZUMA JAPANESE RESTAUR | | | | | | 594.00 | 594.00 |
| ZUMRES | ZUMA JAPANESE RESTAUR | | | | | | 3501.94 | 3501.94 |
| **Report Total:** | | | | | | | 42628.90 | 42628.90 |

**Fill in this information to identify the case:**

Debtor name   **Sunrise International LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Sunrise International LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | $234,560.48 | $234,560.48 |

| As of the petition filing date, the claim is: |
|---|
| *Check all that apply.* |
| ☐ Contingent |
| ☐ Unliquidated |
| ☐ Disputed |

Date or dates debt was incurred

**2016**

Last 4 digits of account number **7110**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Trust fund taxes and trust fund recovery
penalties**

Is the claim subject to offset?

■ No

☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**American Coradius International**<br>**A/C Citibank**<br>**2420 Sweet Home Rd, Ste 150**<br>**Amherst, NY 14228-2244** | $3,301.24 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

|  |  | |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express Bank**<br>**c/o Modlin & Associates**<br>**1551 Sawgrass Corp Pkwy #110**<br>**Sunrise, FL 33323** | $110,170.52 |

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    42414                    Best Case Bankruptcy

| Debtor | **Sunrise International LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.79** |
|---|---|---|---|

**AT&T**
**POB 105262**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number  **0449**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$714.80** |
|---|---|---|---|

**AT&T Mobility**
**POB 6463**
**Carol Stream, IL 60197-6463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Service**

Last 4 digits of account number  **2472**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149.67** |
|---|---|---|---|

**BankUnited**
**POB 521599**
**Miami, FL 33152-1599**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2/17**

Basis for the claim:  **Banking fees (charged off)**

Last 4 digits of account number  **3045**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$980.00** |
|---|---|---|---|

**Bory's Produce, Inc**
**2177 NW 8 Ave**
**Miami, FL 33127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,100.00** |
|---|---|---|---|

**Capital One**
**POB 85149**
**Richmond, VA 23295-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  **8506**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$298,048.27** |
|---|---|---|---|

**Coosemans Miami, Inc**
**c/o Humberto Rubio, Jr Esq**
**Law Firm of Rubio & Associates, PA**
**8950 SW 74 Ct, Ste 1804, Town Centr 1**
**Miami, FL 33156**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$203.27** |
|---|---|---|---|

**Deluxe**
**c/o McMarthy, Burgess & Wolfe**
**206000 Cannon Rd**
**Cleveland, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  _

Last 4 digits of account number  **5348**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Sunrise International LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address

**Enterprise Truck Rental**
POB 971125
Coconut Creek, FL 33097

Date(s) debt was incurred _

Last 4 digits of account number  **02KM**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,389.98**

---

**3.11** | Nonpriority creditor's name and mailing address

**First Data Global Leasing**
c/o Northstar Location Services
4285 Genesee St
Cheektowaga, NY 14225

Date(s) debt was incurred _

Last 4 digits of account number  **6396**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$549.15**

---

**3.12** | Nonpriority creditor's name and mailing address

**First Data Global Leasing**
POB 173845
Denver, CO 80217

Date(s) debt was incurred _

Last 4 digits of account number  **4000**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Florida Dept of Agriculture**
POB 6720
Tallahassee, FL 32314-6720

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$465.00**

---

**3.14** | Nonpriority creditor's name and mailing address

**Fuelman Proprietary**
4620 Woodland Corp Blvd
Tampa, FL 33614

Date(s) debt was incurred _

Last 4 digits of account number  **4493**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,129.28**

---

**3.15** | Nonpriority creditor's name and mailing address

**Genaro Producce**
1200 NW 22 St #71
Miami, FL 33142

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$12,192.00**

---

**3.16** | Nonpriority creditor's name and mailing address

**Gilles Romain**
730 Pennsylvania Ave, Unit 410
Miami Beach, FL 33139

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$18,116.00**

---

| Debtor | Sunrise International LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address<br>**H&R Produce Distributors, Inc**<br>**c/o Jorge M Abril, PA**<br>**1200 Brickell Ave, PH 2000**<br>**Miami, FL 33131**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Unpaid accounts & NSF**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $20,289.13 |

| 3.18 | Nonpriority creditor's name and mailing address<br>**Hernandez & Luna**<br>**2151 NW 13 Ave #32**<br>**Miami, FL 33142**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $135,096.00 |

| 3.19 | Nonpriority creditor's name and mailing address<br>**Licinia Cadavid**<br>**c/o Steve Polatnick Law Offices**<br>**10691 Kendall Dr, Ste 101**<br>**Miami, FL 33176**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $150,000.00 |

| 3.20 | Nonpriority creditor's name and mailing address<br>**Mac Edwards Produce & Company, Inc**<br>**c/o Perlman, Bajandas, Yevoli & Albright**<br>**283 Catalonia Ave, Ste 200**<br>**Coral Gables, FL 33134**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,700.00 |

| 3.21 | Nonpriority creditor's name and mailing address<br>**Marin Farmers/Produce Corp**<br>**10425 SW 5 St**<br>**Miami, FL 33174**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $10,101.50 |

| 3.22 | Nonpriority creditor's name and mailing address<br>**Mercedes-Benz Financial Services**<br>**POB 5209**<br>**Carol Stream, IL 60197-5209**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number **2001** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $31,408.13 |

| 3.23 | Nonpriority creditor's name and mailing address<br>**Mifinca Fresh Produce**<br>**8305 NW 27 St**<br>**Doral, FL 33122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Business debt**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $15,853.00 |

| Debtor | **Sunrise International LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,360.45** |
|---|---|---|---|

**Mr Greens Produce**
**7350 NW 30 Ave**
**Miami, FL 33147**

Date(s) debt was incurred _

Last 4 digits of account number  **WFSUP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55,209.60** |
|---|---|---|---|

**Nickey Gregory Company Miami, LLC**
**c/oMcCarron & Diess**
**4530 Wisconsin Ave NW, Ste 301**
**Washington, DC 20016**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$606.39** |
|---|---|---|---|

**Paychex of New York, LLC**
**3100 SW 145 Ave, Ste 400**
**Miramar, FL 33027**

Date(s) debt was incurred _

Last 4 digits of account number  **9235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,093.64** |
|---|---|---|---|

**R M S**
**POB 361595**
**Columbus, OH 43236**

Date(s) debt was incurred _

Last 4 digits of account number  **2490**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,782.19** |
|---|---|---|---|

**Ryder Transportation**
**11690 NW 105 St**
**Miami, FL 33178**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Transport**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90,159.00** |
|---|---|---|---|

**So Fresh Wholesale Corp**
**c/o Furr and Cohen, PA**
**One Boca Place**
**2255 Glades Rd, Ste 337W**
**Boca Raton, FL 33431**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**SunTrust Bank**
**POB 305183**
**Nashville, TN 37230-5183**

Date(s) debt was incurred  **2017**

Last 4 digits of account number  **5344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Maintenance fees**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Sunrise International LLC**                                      Case number (if known) _____
          Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $788.11 |
|---|---|---|---|

**Waste Connections of Florida**
**Miami Hauling**
**3840 NW 37 Ct**
**Miami, FL 33142**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  1632**

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,120.00 |
|---|---|---|---|

**Yes Fresh, Inc**
**555 NE 15 St, 25h**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Trucking service

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **H&R Produce Distributors, Inc**<br>**1221 NW 22 St, Unit 1-4**<br>**Miami, FL 33142** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Nickey Gregory Company Miami, LLC**<br>**c/o Furr & Cohen, PA**<br>**2255 Glades Rd, Ste 337W**<br>**Boca Raton, FL 33431** | Line  **3.25**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **SoFresh**<br>**1378 NW 22 St**<br>**Miami, FL 33142** | Line  **3.29**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 234,560.48 |
| 5b. Total claims from Part 2 | 5b. + | $ | 978,862.11 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ | 1,213,422.59 |

**Fill in this information to identify the case:**

Debtor name     **Sunrise International LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **Sunrise International LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
  amended filing

---

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Kalaivani Arthur** | **18800 NE 29th Ave, Apt E906 Miami, FL 33180-2822** | **American Express Bank** | ☐ D _____ <br> ■ E/F ___3.2___ <br> ☐ G _____ |
| 2.2 | **Robert and Kalaivani Arthur** | **18800 NE 29th Ave, Apt E906 Miami, FL 33180-2822** | **Coosemans Miami, Inc** | ☐ D _____ <br> ■ E/F ___3.8___ <br> ☐ G _____ |
| 2.3 | **Robert and Kalaivani Arthur** | **18800 NE 29th Ave, Apt E906 Miami, FL 33180-2822** | **So Fresh Wholesale Corp** | ☐ D _____ <br> ■ E/F ___3.29___ <br> ☐ G _____ |
| 2.4 | **Robert Arthur** | **18800 NE 29th Ave, Apt E906 Miami, FL 33180-2822** | **Internal Revenue Service** | ☐ D _____ <br> ■ E/F ___2.1___ <br> ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name    **Sunrise International LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,325,022.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$2,467,048.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Sunrise International LLC | Case number *(if known)* |
|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Coosemans Miami, Inc v Sunrise International, LLC et al**<br>1:2016cv21660 | **Agricultural Acts (PACA)** | **United States District Court Southern District of Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **So Fresh Wholesale Corp v Sunrise International, LLC**<br>1:2017cv21726 | **Agricultural Acts** | **Florida Southern District Court**<br>**Miami-Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Nickey Gregory Company Miami, LLC v Sunrise Fresh Produce, Inc. et al**<br>1:2015cv21525 | **Debt collection** | **United States District Court Southern District of Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **American Express Bank, FSB v Sunrise International LLC, et al**<br>2015-001004-CA-01 | **Debt collection** | **Circuit Court**<br>**11th Judicial Circuit**<br>**Miami-Dade County, Florida** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | **H&R Produce Distributors, Inc v Sunrise International, LLC**<br>16-020580 CC 05 (1) | **Debt collection** | **County Court**<br>**Miami-Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Sunrise International LLC** _____    Case number _(if known)_ _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Mac Edwards Produce & Company, Inc v Sunrise International, LLC** | Debt collection | **County Court<br>11th Judicial Circuit<br>Miami-Dade County, Florida** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Manny Singh, PA<br>6610 N University Dr, Suite 220<br>Fort Lauderdale, FL 33321** | **Attorney Fees** | **3/2017** | **$4,000.00** |
| | Email or website address<br>**Manny@mannysingh.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Sunrise International LLC**                                Case number *(if known)*

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Borys Agurcia** **2177 NW 8th Ave** **Miami, FL 33127** | **2001 Isuzu box truck with over 600,000 miles; VIN JALC4B14717001720.** **Sold for scrap** | **6/14/17** | **$3,000.00** |
| | Relationship to debtor **Buyer** | | | |

---

**Part 7:**   **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    Sunrise International LLC_____    Case number *(if known)*_____

---

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Suntrust Bank<br>POB 305183<br>Nashville, TN 37230-5183 | XXXX-5351 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **Payroll account** | **Final transaction to zero account out was by legal order debit on 2/22/17** | $6.00 |
| 18.2. | BankUnited<br>POB 521599<br>Miami, FL 33152-1599 | XXXX-3061 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 1/31/17 | $2.00 |
| 18.3. | Suntrust Bank<br>POB 305183<br>Nashville, TN 37230-5183 | XXXX-5344 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Unknown | $0.00 |
| 18.4. | Bank United<br>POB 521599<br>Miami, FL 33152-1599 | XXXX-3045 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 3/20/17 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | Sunrise International LLC | Case number *(if known)* | |

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Sunrise International LLC**                                          Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Scott E Itkin**<br>**Penquin Tax Inc**<br>**12401 Orange Dr, Ste 222**<br>**Davie, FL 33330** | **2017** |
| 26a.2.    **Jorge J Aldeco**<br>**Kabat Schertzer de la Torre**<br>**9300 S Dadeland Blvd #600**<br>**Miami, FL 33156** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Jorge J Aldeco**<br>**Kabat Schertzer de la Torre**<br>**9300 S Dadeland Blvd #600**<br>**Miami, FL 33156** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Scott E Itkin**<br>**Penquin Tax**<br>**12401 Orange Dr, Ste 222**<br>**Davie, FL 33330** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Jorge J Aldeco**<br>**Kabat Schertzer de la Torre**<br>**9300 S Dadeland Blvd #600**<br>**Miami, FL 33156** | |
| 26c.2.    **Scott E Itkin**<br>**Penquin Tax**<br>**12401 Orange Dr, Ste 222**<br>**Davie, FL 33330** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Sunrise International LLC**                                      Case number *(if known)*

in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Robert Arthur | 18800 NE 29th Ave, Apt E906 Miami, FL 33180-2822 | President | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|-------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 22, 2017**

**/s/ Robert Arthur**                                          **Robert Arthur**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes